UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSHUA ABRAHAM,
Plaintiff,

-v-

MATTHEW BREITENBACH, *et al.*,
Defendants.

26-CV-5089 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

The Court has been notified that the parties have reached a settlement in this case, in which Plaintiff alleges, *inter alia*, violations of the Fair Labor Standards Act ("FLSA"). (*See generally* ECF No. 1.) The parties have submitted a proposed settlement for the Court's approval. (*See* ECF No. 17.) The proposed settlement involves $35,000 to be allocated to Plaintiff Joshua Abraham in connection with his FLSA and non-FLSA claims. (*Id.*) Of that sum, Plaintiff's counsel seeks $13,585 in attorney's fees and expenses. (*Id.*)

The Court has reviewed the proposed settlement and finds that it is fair and reasonable under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 203, 206 (2d Cir. 2015).

To that end, the proposed settlement is approved, and the case is hereby DISMISSED WITH PREJUDICE. The Court shall retain jurisdiction solely to resolve any disputes arising from the settlement agreement and the settlement of this action.

The Clerk of Court is directed to close the case.

SO ORDERED.

Dated: October 16, 2026
New York, New York

J. PAUL OETKEN
United States District Judge